

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2015

No. 04-14-00130-CR

Joshua **ORCASITAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7776
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court